UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____3/24/16____

------------------------------------------------------------------------X
:
JONATHAN BLATT, MICHAEL FASCIANO, ALESANDRO  :
FLORENTINO, JOSENNY HIDALGO, ESTEBAN ALCARAZ, :
KEVIN R. MARSHAL, MARK PORTELLI, ALI CHEIKHALI, :
and NASHEER NAIK,                            :
:
                             Plaintiffs,       :
:
             -v-                              :
:
CITY OF NEW YORK and LISETTE CAMILO,          :
:
                        Defendants.      :
:
------------------------------------------------------------------------X

16 Civ. 2168 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      Plaintiffs have submitted to the Court the attached proposed order to show cause

for a preliminary injunction and a temporary restraining order.  The Court declines,

pending a hearing on plaintiffs' application, to order such relief.  The Court will instead

hold a hearing on that application on Monday, March 28, 2016, at 4 p.m. in courtroom

1305 of the Thurgood Marshall United States Courthouse.

      To facilitate briefing, the Court directs plaintiffs to serve the order to show cause,

the complaint, and this Order on defendants by 5 p.m. today, and to file, forthwith, proof

of such service on ECF.  Defendants are directed to file a response on ECF by noon on

Monday, March 28, 2016.  A reply brief is not invited.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: March 24, 2016
        New York, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JONATHAN BLATT, MICHAEL FASCIANO,
ALESANDRO FLORENTINO, JOSENNY
HIDALGO, ESTEBAN ALCARAZ, KEVIN R.
MARSHAL, MARK PORTELLI, ALI
CHEIKHALI, NASEER NAIK,

                  Plaintiffs,

     -against-

THE CITY OF NEW YORK, LISETTE
CAMILO as Commissioner of the Department
of Citywide Administrative Services,

                  Defendants.

Civil Action No.

**ORDER TO SHOW CAUSE FOR
PRELIMINARY INJUNCTION AND
TEMPORARY RESTRAINING
ORDER**

---

**PLEASE TAKE NOTICE**, that upon the annexed declaration of Randolph M.

McLaughlin, Esq. dated March 23, 2016; the declaration of Jonathan Blatt, dated March 23,

2016, and upon the complaint and the memorandum of law in support of plaintiff's motion for a

preliminary injunction, both filed herein, it is

        ORDERED, that the above named defendants show cause before this Court, at

Room ___, United States Courthouse, 500 Pearl Street, in the City, County and State of New

York, on _____ ___, 2016, at _____ o/clock in the ___noon thereof, or as soon thereafter as

counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal

Rules of Civil Procedure enjoining Defendants, during the pendency of this action, from issuing

any promotions of New York Police Department ("NYPD") sergeants to the rank of lieutenant

based on a list of eligible candidates prepared in connection with the Promotion to Lieutenant

(Police) Examination (Exam No. 5535); and it is further

ORDERED, that sufficient reason having been shown therefore, pending the hearing on Plaintiffs' application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., Defendants are restrained and enjoined from promoting any sergeants of the New York Police Department, who sat for the Promotion to Lieutenant (Police) Examination (Exam No. 5535), to the rank of lieutenant based on a list of eligible candidates prepared in connection with the exam; and it is further

ORDERED that personal service of this order and the supporting papers be made upon Corporation Counsel on or before _____ o'clock in the _____noon, _____ ___, 2016, shall be deemed good and sufficient service thereof.


Dated: New York, New York
      March ___, 2016


                                 _____
                                   United States District Judge

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN BLATT, MICHAEL FASCIANO, ALESANDRO FLORENTINO, JOSENNY HIDALGO, ESTEBAN ALCARAZ, KEVIN R. MARSHAL, MARK PORTELLI, ALI CHEIKHALI, NASEER NAIK,<br><br>                Plaintiffs,<br><br>    -against-<br><br><br>THE CITY OF NEW YORK, LISETTE CAMILO as Commissioner of the Department of Citywide Administrative Services.<br><br>            Defendants. | Civil Action No.<br><br><br>**DECLARATION OF RANDOLPH M. McLAUGHLIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

RANDOLPH M. McLAUGHLIN, declares under penalty of perjury that:

1. I am one of the attorneys for the plaintiffs herein and make this declaration in support of their motion for preliminary injunction.

2. Attached hereto as Exhibit 1 is the Declaration of Jonathan Blatt, with accompanying Exhibits, in support of the instant application.

3. No prior application for the relief sought herein has been made to this Court.

4. Plaintiffs bring on this motion or preliminary injunction by order to show cause due to the impending promotion of police sergeants, some of whom, cheated on the lieutenant's promotion exam. Accordingly, plaintiffs seek herein, a temporary restraining order pending the hearing on the motion for preliminary injunction to maintain the status quo.

Dated:  New York, New York
        March 23, 2016

Respectfully Submitted,

_____
RANDOLPH M. McLAUGHLIN

# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN BLATT, MICHAEL FASCIANO, ALESANDRO FLORENTINO, JOSENNY HIDALGO, ESTEBAN ALCARAZ, KEVIN R. MARSHAL, MARK PORTELLI, ALI CHEIKHALI, NASEER NAIK,<br><br>Plaintiffs,<br><br>-against-<br><br><br>THE CITY OF NEW YORK, LISETTE CAMILO as Commissioner of the Department of Citywide Administrative Services.<br><br>Defendants. | Civil Action No.<br><br><br>**DECLARATION OF JONATHAN BLATT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

JONATHAN BLATT, declares under penalty of perjury that:

1. I am a named plaintiff in the aforementioned matter. I submit this Declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

2. I have been employed as a police officer by the New York Police Department ("NYPD"), an agency of the City of New York (the "City") since July 8, 2008.

3. My position when I began my employment was Police Officer.

4. On or about August 29, 2013, I was promoted to sergeant.

5. On April 18, 2015, I took the Promotion to Lieutenant (Police) Exam (No. 5535) (the "Lieutenant Exam") administered by the Department of Citywide Administrative Services ("DCAS") for the City. Attached hereto as Exhibit A is the Notice of Examination ("Examination Notice") issued by DCAS in connection with the Lieutenant Exam.

6.  I applied for the Lieutenant Exam on or about December 3, 2014, following the procedures set forth by DCAS in the Examination Notice and paying an application fee of $101.00 and paid $880 for preparatory courses.  See Exhibit A.

**Exam Conditions**

7.  I took the Lieutenant Exam on April 18, 2015 in Franklin Lane High School, located at 999 Jamaica Avenue in Queens.

8.  The exam was composed of 120 multiple-choice questions to be answered on a Scantron sheet.

9.  Upon information and belief, 20 of those questions were "research" questions and did not count towards the final grade calculation.

10. Upon information and belief, those "research" questions were randomly interspersed throughout the exam.

11. The time limit for the exam was six hours and forty-five minutes.

12. I took the exam in a room with approximately thirty (30) other test-takers.

13. I was not searched prior to entering the room.

14. The room contained approximately 30 individual desks.

15. There was one proctor who was stationed at a table at the front of the room.

16. Although the Examination Notice provided that test-takers were not permitted to bring electronic devices – including mobile telephones – into the facility, several other test-takers had mobile telephones in their possession during the exam.

17. Indeed, prior to the start of the exam, the proctor in my room expressly instructed anyone who had a telephone to turn it off.

18. During the exam, the proctor remained in the front of the room and did not walk around to observe the test-takers.

19. The proctor left the room several times during the exam, leaving the room unsupervised for several periods.

20. During the exam, the test-takers in the room were permitted to leave the room to use the rest room without having to sign out of the room or sign in upon their return.

21. While there were several proctors positioned in the hallways outside of the exam rooms, there were none inside the rest room.

22. On a trip to the rest room, I observed several people therein and heard whispering among them which appeared to be related to the ongoing exam.

23. In addition to the lax supervision, the exam was conducted under less-than-ideal conditions.

24. The windows of the room in which I took the exam were open throughout the exam and outside noises were noticeable throughout.

25. At one point, it seems that a marching band was conducting practice near the premises and their instruments were audible.

**Protest Session**

26. On or about May 13, 2015, I went to DCAS headquarters located at 1 Lafayette Street, Manhattan, and attended a "protest session" where I was provided with a copy of the Lieutenant Exam questions, a list of the answers I selected when I took the exam, and an answer key which contained a list of the official "correct" answers.

27. At a protest session, officers who took the Lieutenant Exam are permitted to protest any questions they think were erroneous.

28. Test-takers attending a protest session were advised that they are permitted to bring in certain documents to assist them in evaluating the questions such as their patrol handbook, operations orders, etc.

29. Test-takers attending protest sessions were allowed to confer during the session.

30. While test-takers attending a protest session are advised that they are not permitted to bring in any electronic devices, I was not searched prior to entering nor did I witness anyone else being searched.

31. Upon exiting the protest session, I was required to surrender the documents I received when I arrived.

32. However, the documents that I brought with me to the protest session, such as my patrol guide, were not reviewed nor inspected prior to my exit.

33. There was one DCAS employee present in the room during the protest session I attended but he remained at the front of the room rather than walking around to observe and exited the room several times, leaving the test-takers present unsupervised.

**Make-Up Exam**

34. Pursuant to the Examination Notice, sergeants who desired to take the Lieutenant Exam, but were precluded from doing so on April 18, 2015 for certain specified reasons, would be permitted to take a make-up test at a later date. See Exhibit A at 6.

35. Upon information and belief, the make-up session for the Lieutenant Exam was conducted on or about June 22, 2015 (the "Make-Up Date").

36. Upon information and belief, approximately 80 people took the exam on the Make-Up Date, compared to the approximately 2,400 who took it on the original date of April 18th.

**Evidence of Cheating**

37. According to NY1 News, out of the 2,400 sergeants that took the April 18, 2016 exam, 164 passed, about 6.8 percent. Of the 80 sergeants who took the makeup exam on or about June 22, 2015, 48 percent passed. (Attached hereto as Exhibit B, is the NY1 News article "NYPD Investigates Whether Some Sergeants Cheated on Promotions Exam" March 9, 2016).

38. Upon information and belief, the Lieutenant Exam questions and answers were circulated among several sergeants prior to the Make-Up Date via, among other methods, an online message board frequented by NYPD officers known as "Rising Star."

39. Upon information and belief, there were multiple messages on Rising Star from persons claiming to have a list of the Lieutenant Exam questions. Attached as Exhibit C is a screenshot of one such message, dated May 18, 2015, in which the person who posted the message offers to send anyone the "exact wording" of "a specific question" on the Lieutenant Exam.

40. Attached as Exhibit D is a screenshot of a post on Rising Star, dated May 13, 2015, containing a photograph of the list of officially "correct" answers. This answer key matches the one I was provided at the protest session I attended.

41. Upon information and belief, some of the officers who took the exam on the Make-Up Date had prior knowledge of the questions and/or answers on the Lieutenant Exam and were given an advantage over those who took the exam on the original date.

42. Upon information and belief, that prior knowledge contributed to the substantially higher pass-rate for those who took the exam on the Make-Up Date.

43. Upon information and belief, the NYPD is currently conducting an investigation of the possible cheating and will assess how to respond if cheating is found to have occurred.

**Eligible List**

44. The Examination Notice provides that a score of 70% of higher constitutes a passing grade. See Exhibit A at 2.

45. Upon information and belief, sergeants who scored a 70% or higher on the Lieutenant Exam were placed on a list of officers eligible to be promoted to lieutenant (the "Eligible List").

46. Upon information and belief, sergeants are ranked on the Eligible List based on their score on the Lieutenant Exam and are promoted in descending numerical order.

47. Upon information and belief, the Eligible List currently contains sergeants who may have cheated on the Lieutenant Exam.

48. Upon information and belief, officers on the Eligible List will begin being promoted on or about March 29, 2016.

49. Allowing officers who cheated (and have thus not shown to be qualified) to be promoted to lieutenant could endanger the lives of police officers working under them and the public at large.

50. Accordingly, I, individually, and on behalf of the proposed class, am requesting an Order from this Court enjoining the NYPD from issuing any promotions based on the results of the Lieutenant Exam, and the resulting Eligible List, until the investigation of the cheating allegations is completed.

Dated:  New York, New York
       March 23, 2016

                                  Respectfully Submitted,

                                    JONATHAN BLATT

Exhibit A



THE CITY OF NEW YORK
DEPARTMENT OF CITYWIDE
ADMINISTRATIVE SERVICES
APPLICATIONS UNIT
1 CENTRE STREET, 14TH FLOOR
NEW YORK, NY 10007

REQUIRED FOR NOTATION

APPLICATION

BILL DE BLASIO
Mayor

STACEY CUMBERBATCH
Commissioner

# NOTICE
# OF
# EXAMINATION

## PROMOTION TO LIEUTENANT (POLICE)

### Exam No. 5535

**WHEN TO APPLY:** From: December 3, 2014
To: December 23, 2014

**APPLICATION FEE: $101.00**
If you choose to pay the application fee with a credit/debit/gift card, you will be charged a fee of 2.49% of the payment amount. This fee is nonrefundable.

**THE TEST DATE:** The multiple-choice test is expected to be held on Saturday, April 18, 2015.

## YOU ARE RESPONSIBLE FOR READING THIS NOTICE IN ITS ENTIRETY BEFORE YOU SUBMIT YOUR APPLICATION.

**WHAT THE JOB INVOLVES:** Lieutenants in the Police Department, under general supervision of a higher ranking superior, supervise the day to day work of a platoon as a Platoon Commander; act as an Operations Coordinator, Special Operations Coordinator, Integrity Control Officer or in some other supervisory capacity in another unit, squad, bureau or office; evaluate the quality of subordinates' performance and review the evaluations made by first line supervisors; perform all additional functions prescribed for the rank by relevant laws, rules and procedures, and other orders or directives of the Police Department; perform special duties or assignments as directed by the Police Commissioner at his discretion. They make adjustments to and may conduct roll calls; account for personnel and make personnel assignments; monitor and inspect subordinates; evaluate subordinates and make recommendations regarding remedial actions; train and counsel subordinates; direct and coordinate the actions of subordinates at the scene of police emergencies; direct arrest processing and the detention of prisoners in holding cells; account for, safeguard and maintain department property; safeguard evidence and non-Police Department property; conduct investigations and coordinate searches; complete and review reports, forms and logs; make required notifications; and perform related work.

Lieutenants (Police) are required to work Saturdays, Sundays, holidays, nights and change tours or work overtime when ordered or permitted for the Collective Bargaining Agreement.

Some of the physical activities performed by Lieutenants (Police) and environmental conditions experienced are: working outdoors in all kinds of weather; walking and/or standing in an assigned area during a tour; driving or sitting in a patrol car during a tour while remaining alert; running after a fleeing suspect; climbing up stairs; carrying an injured adult with assistance; gripping persons to prevent escape; restraining a suspect by use of handcuffs; detecting odors such as those caused by smoke or gas leaks; engaging in hand to hand struggles to subdue a suspect resisting arrest; being physically active for prolonged periods of time; understanding verbal communication over the radio with background noise; reading and writing under low light conditions; carrying or wearing heavy equipment; and wearing a bullet-resistant vest.

(This is a brief description of what you might do in this position and does not include all the duties of this position.)

**THE SALARY:** The current minimum salary is $101,091 per annum. This rate is subject to change.

**HOW TO APPLY:** If you believe you are eligible to take this examination, submit an application on the Online Application System (OASys) at nyc.gov/exam/forjobs. Follow the onscreen application instructions for electronically submitting your application and payment, and completing any required information. A unique and valid email address is required to file online. Several internet service providers, including but not limited to Google, Yahoo!, AOL, Outlook.com, and mail.com offer free email addresses. All new OASys accounts require verification before a candidate can submit an application to ensure the accuracy of candidate information. Verification is instantaneous for most accounts, but some accounts may require up to 24 hours to be reviewed by a staff member and resolved. Email notification will be sent to those creating accounts that require additional documentation before they can be resolved. Please keep this information and the application period deadline in mind when creating your account. The following methods of payment are acceptable: major credit card, bank card associated with a bank account, a prepaid debit card with a credit card logo which you may purchase online or at various retail outlets. You may come to the DCAS Computer-based Testing and Applications Centers to file for this examination online and submit a money order payable to DCAS (Exams).

The centers will be open Monday through Saturday from 9:00 AM to 5:00 PM:

| Manhattan | Brooklyn |
|---|---|
| 2 Lafayette Street | 210 Joralemon Street |
| 17th Floor | 4th Floor |
| New York, NY 10007 | Brooklyn, NY 11201 |

**Special Circumstances Guide:** This guide is located on the DCAS website at *www.nyc.gov/html/dcas/downloads/pdf/misc/exam_special_circumstances.pdf*. This guide gives important information about requesting an alternate test date because of religious observance or a special test accommodation for disability, claiming Veterans' or Legacy credit, and notifying DCAS of a change in your mailing address. Follow all instructions on the Special Circumstances Guide that pertain to you when you complete your "Application for Examination."

**ELIGIBILITY TO TAKE EXAMINATION:** This examination is open to each employee of the New York Police Department who **on the date of the multiple-choice test:**

   (1)    holds a permanent (not provisional) competitive appointment or appears on a Preferred List (see Note, below) for the title of Sergeant (Police); and
   (2)    is not otherwise ineligible.

(Note: A "Preferred List" is a civil service list which is only for certain former permanent incumbents of the eligible title who have rehiring rights.)

If you do not know if you are eligible, check with your agency's personnel office. You may be given the test before we verify your eligibility. You are responsible for determining whether or not you meet the eligibility requirements for this examination prior to submitting your application. If it is determined prior to the test date that you are not eligible to participate in this examination, you will not receive an Admission Notice to take the multiple-choice test, you will not be permitted into the test site, and your application fee will not be refunded.

**ELIGIBILITY TO BE PROMOTED:** To be eligible for promotion, you must have served permanently in the rank of Sergeant (Police) in any one or combination of the New York City Police, Transit Police or Housing Authority Police Departments for at least two years and have successfully completed the probationary period for Sergeant. Additionally, you must be permanently employed as a Sergeant or your name must appear on a Preferred List for Sergeant at the time of promotion.

Note: See "EFFECTS OF A BREAK IN SERVICE" section, below.

**REQUIREMENTS TO BE PROMOTED:**

**Education Requirement:** Eligibles must have attained ninety-six (96) college semester credits before promotion to the rank of Lieutenant (Police). The 96 college semester credits must have been earned as the result of satisfactory completion of course work at an accredited college or university. Eligibles are required to submit Official Transcripts to the Educational Tracking Unit, Police Academy, 235 East 20 Street, New York, N.Y. 10003 as soon as practicable. Only Official copies of transcripts will be utilized to determine whether a candidate has fulfilled the Education Requirement.

The college credits must have been earned as a result of satisfactory completion of course work at a college or university accredited by an accrediting body recognized by the U.S. Secretary of Education and the Council for Higher Education Accreditation ("CHEA") or, if credits have been earned at a foreign college, the credits must be evaluated by an approved Foreign Evaluation Service. This evaluation must be completed prior to the submission of the Official Transcript to the Educational Tracking Unit. An employee who has graduated from the Police Academy since 1974 may be able to earn college credits based upon his or her graduation from the Police Academy. These college credits can be used towards meeting this Education Requirement; however, these college credits can only be used towards meeting this Education Requirement if they are accepted and listed on an accredited college or university official transcript.

**Drug Testing:** All eligibles for promotion to this position will be required to submit to a drug test. This one time drug test may occur prior to promotion or after promotion during the probationary period. This drug test will be required in addition to any other drug testing conducted by the New York City Police Department, such as random drug testing.

**Driver License Requirement:** At the time you are promoted to this position, you must have a motor vehicle driver license valid in the State of New York with no restrictions that would preclude the performance of Lieutenant (Police) work. This license must be maintained for the duration of your employment.

**Investigation:** To be promoted, candidates must present to the Police Department all the official documents and proof required to qualify.

**THE TEST:** You will be given a multiple-choice test at a computer terminal or a paper and pencil test. You will be informed of the format on your Admission notice. You must achieve a score of at least 70% to pass the test. Ratings for seniority, departmental awards, and if applicable, Veterans' Preference Credit, will be added to the multiple-choice test scores of passing candidates only, to determine final scores.

The multiple-choice test is designed to assess the extent to which candidates have certain abilities and technical knowledge determined to be important to the performance of the tasks of a Lieutenant (Police). Task areas to be tested are as follows:

**Assign and Reassign Personnel:** Reviewing roll call sheets and assigning personnel to posts or duties on a daily basis, ascertaining whether personnel staffing meets the minimum manpower requirement, and/or reassigning

Exam No. 5535 - Page 3

**Monitor and Inspect Subordinates:** Monitoring and inspecting subordinates to determine if they are performing acceptably

**Train, Evaluate, Reward and Correct Subordinates:** On-the-job training; evaluating work performance, counseling and discussing subordinates' problems and administering or recommending formal or informal rewards or punishments, transfers or discretionary assignments. These tasks pertain to civilian and uniformed personnel.

**Monitor Local Area Conditions and Department Information Sources:** Monitoring and reviewing various information sources to stay abreast of issues and conditions which might affect command operations.

**Direct Arrest and Detention Procedures:** Directing, reviewing or monitoring subordinates' actions regarding the arrest, detention and proper treatment of prisoners/detainees.

**Direct Activities During Incidents and Emergencies:** Field investigation and supervision of response to complaints, incidents or emergencies.

**Actions Needed to Ensure Integrity:** The prevention, identification, detection or investigation of alleged police misconduct or corruption.

**Safeguard Evidence and Non-Police Property:** Safeguarding, storing, vouchering and accounting for evidence and non-police property.

**Account for, Safeguard and Maintain Police Property:** Ensuring that the command has proper equipment and supplies; as well as tracking, securing and maintaining police equipment and the police station.

**Cooperate with Community Groups, the Public and Other Agencies:** Answering questions, making referrals, making presentations and otherwise interacting with community groups, members of the public and other city agencies.

**Make Required Notifications and Communicate Information:** Making formal notifications as required by department regulations, as well as informal communications of information.

**Prepare and Review Written Forms, Logs and Reports:** Preparing or reviewing written forms, logs and reports, as well as department memos, directives and bulletins. The forms and reports may be captioned (fill-in-the-blank), written narrative, or a combination of both.

**Plan and Administer Programs/Design Procedures:** Planning, scheduling, administering and evaluating programs or procedures to increase productivity, reduce crime conditions, save money, make the command function smoother, solve administrative problems, etc.

The test may include questions which require mastery of technical knowledge based on such materials as the NYCPD Patrol Guide, Administrative Guide, Interim Orders, Legal Bureau Bulletins, New York State Penal Law, Criminal Procedure Law, Family Court Act, Vehicle & Traffic Laws (VTL) and Mayor's Executive Order No. 16 of 1978, as amended, and may address any of the following areas: Aided Cases; Accidents; Complaints; Summonses; Arrests; Prisoners; Property; Court and Agency Appearances; Patrol Supervision; Special Patrol Operations; Disciplinary Matters; Personnel Matters; Uniforms, Equipment and Department Property, in effect up to and including January 15, 2015.

The test may also include questions which require the use of any of the following abilities:

**Analytical Thinking:** Analyzing information and using logic to address specific work-related issues and problems: involves the identification of problems, not implementation of solutions. You may use this ability to identify trends and/or patterns in activity.

**Quantitative Analysis & Interpretation:** Analyzing, interpreting and understanding the underlying principles and meaning of numerical data; recognizing inconsistencies and errors in reports containing numerical data. May involve making projections. You may use this ability when analyzing Complaint Reports or traffic related incidents to determine causes and patterns of complaints.

**Judgement & Decision-Making:** Reviewing information to develop and evaluate the relative costs and benefits of potential solutions to problems and choosing the most appropriate one; implementing a course of action determined by thinking analytically. You may use this ability when adjusting personnel tours to address crime, quality of life and traffic issues.

**Planning and Organizing:** Establishing a method of execution to accomplish a specific goal over an extended period of time; determining appropriate assignments and allocation of resources. You may use this ability when preparing precinct details for events such as parades or demonstrations.

**Management of Material Resources:** Obtaining and seeing to the appropriate use of equipment, facilities and materials needed to do certain work; managing the things needed to accomplish tasks. You may use this ability when obtaining specialized equipment to carry out operations.

**Management of Personnel Resources:** Motivating, developing and directing people as they work; identifying the best people for the job; managing employees needed to accomplish tasks. You may use this ability when selecting the most qualified personnel for units that handle special situations.

**Monitoring:** Assessing performance of oneself, other individuals or organizations to make improvements or take corrective action; overseeing the quality of performance. You may use this ability when gathering information to be used in the assessment of a subordinate.

**Time Management:** Managing one's own time and the time of others in order to promote effective use of work hours. You may use this ability when preparing information and data to be presented at a large scale meeting.

**Persistence:** Persisting in the face of obstacles until desired outcome is achieved; may modify goals if and when appropriate instead of giving up. You may use this ability when implementing procedures to confront spiking crime patterns.

Exam No. 5535 - Page 4

**Stress Tolerance:** Accepting criticism and dealing calmly and effectively with high stress situations. You may use this ability when placed in charge of large scale operations.

**Active Listening:** Giving full attention to what other people are saying, taking time to understand the points being made, asking questions as appropriate and not interrupting at inappropriate times; requires interaction between speaker and listener. You may use this ability when addressing roll-call, speaking with precinct personnel or when conducting meetings.

**Persuading & Influencing Others:** Causing others to change or modify their opinions, views or behaviors using a variety of strategies. You may use this ability when meeting with local officials or during local council meetings.

**Written Expression:** Appropriately communicating information and ideas in written words and sentences so intended audience will understand. You may use this ability when completing documentation and reports.

**Conflict Resolution:** Negotiating with others to resolve grievances or conflicts and handle complaints by developing a constructive solution. You may use this ability when handling incidents involving off-duty members of the service.

**Concern for Others:** Acting in a manner sensitive to others' needs and feelings while being understanding and helpful on the job, showing consideration. You may use this ability when performing an assessment of a subordinate.

**Coaching & Mentoring:** Identifying the developmental needs of others and coaching, mentoring, or otherwise helping others to improve their knowledge or skills. You may use this ability when managing command units.

**Teamwork:** Developing mutual trust and cooperation while working together toward the accomplishment of a common goal or outcome. You may use this ability when coordinating a response across multiple agencies.

**Integrity:** Acting in an honest and ethical manner.

**Dependability:** Fulfilling obligations and acting in a reliable, responsible and dependable manner.

**Achievement/Effort:** Establishing and maintaining personally challenging achievement goals and exerting effort toward mastering tasks to reach set goals.

**Initiative and Independence:** Displaying a willingness to take on additional responsibilities and challenges, while developing one's own way of doing things and guiding oneself with little or no supervision.

**Attention to Detail:** Being careful about detail and thorough in completing work tasks.

**Self Control:** Maintaining composure, keeping emotions in check, controlling anger and avoiding aggressive behavior, even in very difficult situations.

**Updating & Using Relevant Knowledge:** Keeping up-to-date technically and applying new knowledge to the job.

Certain questions may be answered on the basis of documents or other information supplied to candidates on the date of the multiple-choice test.

**Warning:** You are not permitted to enter the test site with cellular phones, beepers, pagers, cameras, portable media players, or other electronic devices. Calculators are permitted; however, they must be hand-held, battery or solar powered, numeric only. Calculators with functions other than addition, subtraction, multiplication and division **are prohibited.** Electronic devices with an alphabetic keyboard or with word processing or data recording capabilities such as planners, organizers, etc. are prohibited. If you are found to be in possession of any of these devices, you may not receive your test results, your test score may be nullified, and your application fee will not be refunded.

You may not have any other person, including children, present with you while you are being processed for or taking the test, and no one may wait for you inside of the test site while you are taking the test.

Required Identification: You are required to bring one (1) form of valid (non-expired) signature and photo bearing identification to the test site. The name that was used to apply for the exam must match the first and last name on the photo ID. A list of acceptable identification documents is provided below. **If you do not have an acceptable ID, you may be denied testing.** Acceptable forms of identification (bring one) are as follows: State issued driver's license, State issued identification card, US Government issued Passport, US Government issued Military Identification Card, US Government issued Alien Registration Card, Employer ID with photo, or student ID with photo.

Leaving: You must leave the test site once you finish the test. If you leave the test site after being fingerprinted but before finishing the test, you will not be permitted to re-enter. If you disregard this instruction and re-enter the test site, you may not receive your test results, your test score may be nullified and your application fee will not be refunded.

SENIORITY AND DEPARTMENTAL AWARDS: Additional points for Seniority and Departmental Awards, and, if applicable, Veterans' Preference Credit, will be awarded only to candidates who pass the multiple-choice test.

**Method of computing seniority:** Use the following chart to determine the credit for seniority in the permanent eligible title of Sergeant (Police) in any one or combination of the New York City Police, Transit Police or Housing Authority Police Departments, subject to the conditions listed below.

| If Your Date of Permanent Appointment to Sergeant (Police) is: | You Will Receive: | If Your Date of Permanent Appointment to Lieutenant (Police) is: | You Will Receive: |
|---|---|---|---|
| 01/19/15 or after | not eligible | 01/19/10 - 04/18/10 | 2.560 points |
| 01/19/15 - 04/18/15 | 0.120 points | 10/19/09 - 01/18/10 | 2.682 points |
| 10/19/14 - 01/18/15 | 0.242 points | 07/19/09 - 10/18/09 | 2.804 points |
| 07/19/14 - 10/18/14 | 0.364 points | 04/19/09 - 07/18/09 | 2.926 points |
| 04/19/14 - 07/18/14 | 0.486 points | 01/19/09 - 04/18/09 | 3.048 points |
| 01/19/14 - 04/18/14 | 0.608 points | 10/19/08 - 01/18/09 | 3.170 points |
| 10/19/13 - 01/18/14 | 0.730 points | 07/19/08 - 10/18/08 | 3.292 points |
| 07/19/13 - 10/18/13 | 0.852 points | 04/19/08 - 07/18/08 | 3.414 points |
| 04/19/13 - 07/18/13 | 0.974 points | 01/19/08 - 04/18/08 | 3.536 points |
| 01/19/13 - 04/18/13 | 1.096 points | 10/19/07 - 01/18/08 | 3.658 points |
| 10/19/12 - 01/18/13 | 1.218 points | 07/19/07 - 10/18/07 | 3.780 points |
| 07/19/12 - 10/18/12 | 1.340 points | 04/19/07 - 07/18/07 | 3.902 points |
| 04/19/12 - 07/18/12 | 1.462 points | 01/19/07 - 04/18/07 | 4.024 points |
| 01/19/12 - 04/18/12 | 1.584 points | 10/19/06 - 01/18/07 | 4.146 points |
| 10/19/11 - 01/18/12 | 1.706 points | 07/19/06 - 10/18/06 | 4.268 points |
| 07/19/11 - 10/18/11 | 1.828 points | 04/19/06 - 07/18/06 | 4.390 points |
| 04/19/11 - 07/18/11 | 1.950 points | 01/19/06 - 04/18/06 | 4.512 points |
| 01/19/11 - 04/18/11 | 2.072 points | 10/19/05 - 01/18/06 | 4.634 points |
| 10/19/10 - 01/18/11 | 2.194 points | 07/19/05 - 10/18/05 | 4.756 points |
| 07/19/10 - 10/18/10 | 2.316 points | 04/19/05 - 07/18/05 | 4.878 points |
| 04/19/10 - 07/18/10 | 2.438 points | 04/18/05 or earlier | 5.000 points |

**Conditions:** Service in titles other than Sergeant (Police) in any one or combination of the New York City Police, Transit Police or Housing Authority Police Departments will not be given seniority credit, except as provided by law. No additional credit will be given for more than the actual amount of service an eligible has, except as provided by Section 243 of the State Military Law. Any person who, pursuant to Court Order or otherwise, has been accorded retroactive seniority by the Department of Citywide Administrative Services in the title of Sergeant (Police) in any one or combination of the New York City Police, Transit Police or Housing Authority Police Departments shall be given appropriate credit.

Note: See "EFFECTS OF A BREAK IN SERVICE" section below.

**Departmental Awards:** Use the following chart to determine the points credited for departmental awards.

| For Each Award: | Add the Following: |
|---|---|
| Honorable Mention* | 0.156 points |
| Exceptional Merit | 0.125 points |
| Commendation | 0.094 points |
| Meritorious Police Duty | 0.063 points |
| Excellent Police Duty | 0.031 points |
| Annual Physical Fitness Incentive Program | maximum of 0.500 per year to a maximum of 2.500 |
| Department Medal of Honor | 0.375 points |
| Police Combat Cross | 0.250 points |
| Medal for Valor (Merit) | 0.188 points |

*The following additional points beyond those awarded for Honorable Mention will be applied if the member has also been awarded any of the following medals for the same act; otherwise, the member will receive the points as indicated above.

| | |
|---|---|
| Department Medal of Honor | 0.219 points |
| Police Combat Cross | 0.062 points |
| Medal for Valor (Merit) | 0.032 points |

**Terms and Conditions Governing Credit for Departmental Awards:**

a. Credit shall not be given for Excellent Police Duty awarded in connection with the Police Department's Blood Bank Program.

b. Credit for the Annual Physical Fitness Incentive Program will be awarded at two-tenths (0.200) of one point for successful completion of the cardiovascular component. One-third (0.500) of one point will be awarded for successful completion of the Job Standard Test (JST), which consists of six components (barrier surmount, stair climb, physical restraint simulation, pursuit run, victim rescue, and trigger pull). The cardiovascular component must be successfully completed before candidates may participate in the Job Standard Test. A maximum of one-half (0.500) point per year earned may be applied toward the exam, to a total of 2.500 points. Consult the current Personnel Bureau Memo for further details of this program.

c. Credit for awards is granted in one successful examination only, i.e., an examination in which the participating candidate attains a place on the eligible list and from which list he/she is subsequently promoted and passes probation. Credit for an award will not be split between two promotion exams. If a candidate previously reached the maximum on seniority and departmental awards for other promotion exams by using less than the full value of an award, the remainder of the value of the award will **not** be granted on this examination.

d. Credit for awards must be used by the candidate at the earliest opportunity, i.e., in the first successful examination following acquisition and recognition of the award. Credit for awards will be granted in date order, i.e., oldest awards will be credited first, with the exception of the Annual Physical Fitness Incentive Program, which will be granted first.

e. Only departmental awards granted on or before the date of the written test will be credited. No credit will be given for the Annual Physical Fitness Incentive Program granted in conjunction with an earlier

Exam No. 5535 - Page 6

f.   Credit for awards earned while employed by the New York City Transit Police Department or New York City Housing Authority Police Department will be granted to eligible candidates in compliance with NYCPD Operations Order No. 94 dated 7/27/93.

g.   The maximum total credit attainable on Seniority and Departmental Awards is 3.75½ points.  Credit for seniority will be granted before granting credit for awards.  This will allow maximum use of awards.  Any additional credit earned for awards beyond the maximum may be granted in a subsequent promotion examination, except for awards given partial credit as indicated in "c" above.

**EFFECTS OF A BREAK IN SERVICE:** The period of a break in service will not be credited toward eligibility to be promoted or in the computation of seniority credits. Additionally, any time served prior to a break in service of more than one year will not be credited for these purposes.

**ADMISSION NOTICE:** You should receive an Admission Notice in the mail about 10 days before the date of the test. If you do not receive an Admission Notice at least 4 days before of the test, you must go to the Exam Support Group, 1 Centre Street, 14ᵗʰ Floor, Manhattan, to obtain a duplicate notice, which you will receive unless there was a determination that you are not eligible to participate in the examination. Test site assignments will take your address into consideration, but proximity cannot be guaranteed.

**THE TEST RESULTS:** If you pass the multiple choice test and are marked eligible, your name will be placed in final score order on an eligible list and you will be given a list number.  You will be notified by mail of your test results.  If you meet all requirements and conditions, you will be considered for promotion when your name is reached on the eligible list.

**CHANGE OF MAILING AND/OR EMAIL ADDRESS:** It is critical that you promptly notify DCAS of any change to your mailing address and/or email address. You may miss important information about your exam(s) or consideration for appointment, including important information that may require a response by a specified deadline, if we do not have your correct mailing and/or email address. Change of mailing and/or email address requests submitted to your Agency or to the United States Postal Service will NOT update your records with DCAS. To update your mailing and/or email address with DCAS, you must submit a change request by mail or in person. Your request must include your full name, social security number, exam title(s), exam number(s), old mailing and/or email address, and your new mailing and/or email address. Your request can be mailed to DCAS Records Room, 1 Centre Street, 14ᵗʰ Floor, New York, NY 10007 or brought in person to the same address Monday through Friday from 9AM to 5PM.

**ADDITIONAL INFORMATION:**

**Probationary Period:** The probationary period for Lieutenant (Police) promoted as a result of this examination is twelve (12) months.  However, the probationary period may be extended for an additional six (6) months pursuant to the Personnel Rules and Regulations of the City of New York.

**SPECIAL ARRANGEMENTS:**

**Late Filing:** Consult your agency's personnel office to determine the procedure for filing a late application if you meet one or more of the following conditions.

(1)   You are absent from work for at least one-half of the application period and cannot apply for reasons such as vacation, sick leave or military duty; or

(2)   You become eligible after the above application period but on or before the date of the multiple-choice test.

**Make-up Test:** You may apply for a make-up test if you cannot take the test for any of the following reasons:

(1)   compulsory attendance before a public body;

(2)   on-the-job injury or illness caused by municipal employment where you are an officer or employee of the City;

(3)   absence for one week following the death of a spouse, domestic partner, parent, sibling, child or child of a domestic partner where you are an officer or employee of the City;

(4)   absence due to ordered military duty;

(5)   a clear error for which the Department of Citywide Administrative Services or the examining agency is responsible; or

(6)   a temporary disability, pregnancy-related, or child-birth-related condition preventing you from taking the test.

To request a make-up test, contact the Exam Support Group in person or by mail at 1 Centre Street, 14ᵗʰ Floor, New York, NY 10007, as soon as possible and provide documentation of the special circumstances that caused you to miss your test.

**PENALTY FOR MISREPRESENTATION:** Any intentional misrepresentation on the application or examination may result in disqualification, even after promotion, and may result in criminal prosecution.

The General Examination Regulations of the Department of Citywide Administrative Services apply to this examination and are part of this Notice of Examination. They are posted and copies are available at DCAS Computer-based Testing and Application Centers.

The City of New York is an Equal Opportunity Employer.

Title Code No. 70260; Police Service.

# Exhibit B

# NYPD Investigates Whether Some Sergeants Cheated on Promotions Exam

By Dean Meminger
Wednesday, March 9, 2016 at 10:54 PM EST

NYPD Says It's Meeting With Department of Citywide Administrative Services to Investigate Claims That Some of Its Sergeants Cheated on Promotions Exam

03/11/2016 01:31 AM

*The NYPD is investigating whether some of its own sergeants cheated on a promotions exam. One upset officer spoke with NY1's Dean Meminger.*

Police sergeants are up in arms, saying some of their colleagues cheated when taking the promotions exam to move up to lieutenant.

**Sergeant:** I believe there were plenty of cheaters on that exam.
**Meminger:** And what do you feel about that?
**Sergeant:** I feel terrible. I feel cheated myself.

The cheating allegedly occurred on a make-up test last year. Sergeants say many who took the makeup knew the answers because an answer key had been posted online by someone who apparently had taken the exam earlier in the year.

One sergeant who failed the test spoke to NY1, asking to remain anonymous. The sergeant says some officers skipped the first exam, knowing the makeup would have the same questions.

"Many people, they know the game," the sergeant said. "If they call out sick or if they, what we call line of duty, they get injured on the job prior to the exam, that is their excuse for taking a make-up exam."

Twenty-four-hundred sergeants took the first exam given by DCAS, the Department of Citywide Administrative Services, and 164 passed, about 6.8 percent. But of the 80 sergeants who took the makeup, 48 percent passed.

The Internal Affairs Bureau has begun investigating. The NYPD says it is aware of issues that have been raised concerning the 2015 lieutenant promotional make-up exam. The Department says it is reviewing those issues with DCAS.

The cheating is one of several alleged problems. Some sergeants have discussed suing the city, saying several exam questions were not relevant to being a lieutenant. They want a review board to look at the exam's fairness.

"Because I'll tell you, Dean, there were questions that had no answers, multiple answers or wasn't even given to me to study for," the sergeant said.

A high-ranking police official says that this an extremely unusual situation and that changes must be made, including moving the test day from Saturdays, when some officers say they have military duty or observe the Sabbath. Officials believe such a change would reduce the numbers taking the makeup

Available at:
http://www.ny1.com/nyc/all-boroughs/criminal-justice/2016/03/9/nypd-investigates-whether-some-sergeants-cheated-on-promotions-exam.html

Exhibit C

rising star adverblising for me 2016 Seigeant Exam -> 2016 Lieutenant Exam -> Write In
protests

Write in protests

If you are interested in doing a well researched write in protest, and
you need the exact wording of a specific question, message me the
question number and i will send it to you! No scammers please! You
must prove in the request you know what the question was about
before ill send it



I heard that #7 should be a throwout. Do u think (by reading the
question) that there's a chance? If so i would like to fight it.

-E.



**Doggieloverwoof wrote:**

I heard that #7 should be a throwout. Do u think (by reading
the question) that there's a chance? If so i would like to fight
it.

yes there is a chance

Does anyone agree here agree that 106 should be an automatic
throwout?

67 on 2015 Lt Exam. DISGRACE!

Lt Exam Wars
Episode II : Vucinaj Strikes Back
2017

...

*-- Edited by sharpie973 on Thursday 28th of May 2015 03:20:39 PM*

After speaking to different ppl on review boards... NOTHING is ever
automatic. It was told to me that valid arguments were shot down
before by dcas. So like everything else...the only was to have
automatic is wait until the results are released. Unfortunately, ...this

# Exhibit D

# PROPOSED ANSWER KEY

Promotion to Lieutenant (Police), Exam No. 5535

Saturday, April 18, 2015